*E-Filed: October 31, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANG ANH TRAN,<br><br>            Plaintiff,<br>    v.<br><br>U.S. BANK, N.A.; and DOES 1-10,<br><br>            Defendants.<br>_____/ | No. C14-03833 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On September 30, 2014, defendant moved to dismiss plaintiff's complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than October 30, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. *See* 28 U.S.C. § 636; Civ. L.R. 73-1. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: October 31, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-03833 HRL** N**otice will be electronically mailed to:**

Jonathan Gavin Fetterly     jon.fetterly@bryancave.com, geri.anderson@bryancave.com

Michael Chinh H. Vu     michaelvu@vusalaw.com

Robert James Esposito     robert.esposito@bryancave.com, connie.lee@bryancave.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**