UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANG ANH TRAN,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. BANK, N.A.,<br><br>   Defendant. | Case No. 14-cv-03833-BLF<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>[Re: ECF 9] |

Before the Court is the Motion to Dismiss Complaint by defendant U.S. Bank, N.A. ("Defendant").  Def.'s Mot., ECF 9.  Defendant contends that plaintiff Bang Anh Tran ("Plaintiff") fails to state a claim under California's identity theft statute, California Civil Code § 1782.92 *et seq.*, because he fails to allege (1) that Defendant is a "claimant" within the definition of the statute; (2) that he provided timely and appropriate written notice of identity theft to Defendant as required by statute; (3) that Defendant failed to diligently investigate his alleged claim of identity theft; and (4) that he is a "victim of identity theft" as defined by statute.  The motion was heard on December 4, 2014 with both parties in attendance.

Plaintiff, who is represented by counsel, did not file written opposition to Defendant's motion due to a misunderstanding about service of the motion.  At the December 4, 2014 motion hearing, Plaintiff's counsel orally indicated that the first and fourth issues Defendant raised in its motion to dismiss were well taken, and that Plaintiff would like an opportunity to amend to address those deficiencies.  For the reasons stated on the record, the Court orders as follows:

1. Defendant's motion to dismiss is GRANTED for the specific reason that Plaintiff concedes that the present Complaint does not sufficiently allege Defendant's status as a "claimant" and Plaintiff's status as a "victim of identity theft" as defined by California law.

2. Plaintiff shall have leave to amend in order to address the deficiencies identified in Defendant's motion. Although the Court does not adopt Defendant's argument as to the sufficiency of the Complaint with respect to allegations of Plaintiff's provision of written notice and Defendant's failure to diligently investigate, Plaintiff is on notice that Defendant has identified these additional deficiencies and may wish to consider them carefully in amending his complaint.

3. Plaintiff shall file his amended pleading **on or by December 29, 2014**. No new claims may be added without first seeking leave of court.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
BETH LABSON FREEMAN
United States District Judge